**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**(NEW ORLEANS DIVISION)**

| | | |
|---|---|---|
| **THE PARISH OF PLAQUEMINES,** | * | **CIVIL ACTION NO. 2:18-CV-05234** |
| | * | |
| **Plaintiff,** | * | **JUDGE CARL BARBIER** |
| | * | |
| **versus** | * | **MAGISTRATE JUDGE DANIEL E.** |
| | * | **KNOWLES, III** |
| **DEVON ENERGY PRODUCTION** | * | |
| **COMPANY, L.P., et al.,** | | **SECTION "J"** |
| | | |
| **Defendants.** | | |

---

### DEFENDANTS' NOTICE OF APPEAL

---

Notice is hereby given that Defendants Chevron U.S.A. Inc., Chevron U.S.A. Holdings Inc., and Chevron Pipe Line Company appeal to the United States Court of Appeals for the Fifth Circuit from this Court's November 4, 2024 Order (ECF No. 64) ordering the case remanded to the 25th Judicial District Court for the Parish of Plaquemines and thereby denying Defendants' motion for reconsideration (ECF No. 49) of the Court's March 10, 2023 judgment (ECF No. 47) granting Plaintiff's and Intervenor-Plaintiffs' joint motion to remand to state court.

Dated: November 27, 2024          Respectfully submitted:

*/s/ Eric J. Mayer*
Alexandra White (#29478)
**SUSMAN GODFREY L.L.P.**
Eric J. Mayer (#14184)
Johnny W. Carter (#37985)
lwhite@susmangodfrey.com
emayer@susmangodfrey.com
jcarter@susmangodfrey.com

1

1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

**KEAN MILLER LLP**
Charles S. McCowan III (#19699)
trey.mccowan@keanmiller.com
Pamela R. Mascari (#25162)
pam.mascari@keanmiller.com
John C. Funderburk (#35597)
John.funderburk@keanmiller.com
II City Plaza
400 Convention St., Suite 700
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0999
Facsimile: (225) 388-9133

-and-

**KEAN MILLER LLP**
Michael R. Phillips (#21020)
mike.phillips@keanmiller.com
Claire E. Juneau (#33209)
claire.juneau@keanmiller.com
909 Poydras, Suite 3600
New Orleans, LA 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3951

*Attorneys for Chevron U.S.A. Inc., Chevron U.S.A.*
*Holdings Inc., and Chevron Pipe Line Company*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2024 a copy of the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Eric J. Mayer*
Eric J. Mayer
