# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 19, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30746   Plaquemines v. Chevron U.S.A.
                USDC No. 2:18-CV-5234

The court has granted Appellants' unopposed motion to stay further proceedings in this court pending resolution of forthcoming petition for certiorari to the United States Supreme Court in cases 23-30294 & 23-30422.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. James Blake Canfield
Mr. Donald T. Carmouche
Ms. Jennifer Jo Clark
Mr. Paul D. Clement
Mr. Joseph DeMott
Mr. Brett Patrick Fenasci
Mr. Andre' Collins Gaudin
Mr. Victor L. Marcello
Mr. Charles Simon McCowan, III
Mr. Michael Raudon Phillips
Mr. Donald Wayne Price
Mr. C. Harker Rhodes, IV
Mr. Brandon J. Taylor
Ms. Alexandra Giselle White